

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00536-CV

Logan **ANJANEYULU**, Alamo Growth Fund 1 GP, LLC, Alamo Equity, LLC, El Tropicano, LLC, and Alamo El Trop Hotel, LLC,
Appellants

v.

Emilio **NICOLAS** Jr., for Himself and Derivatively on Behalf of Alamo Growth Funds 1, LP,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI09882
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:  Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: April 2, 2025

SET ASIDE AND DISMISSED

On October 14, 2024, the parties filed a joint motion to abate this appeal so that they could effectuate a settlement. On October 24, 2024, we granted the motion and abated this appeal. On March 19, 2025, appellants filed an unopposed motion to dismiss, stating that the parties have fully settled and resolved their dispute. They request that we grant the motion, set aside all previous orders by the trial court and the trial court's judgment, and dismiss this appeal.

*See* TEX. R. APP. P. 42.1(a). They also request that we tax costs of appeal against the parties incurring same. *See* TEX. R. APP. P. 42.1(d).

The motion is granted. The trial court's previous orders and judgment are set aside, and this appeal is dismissed. *See Michelin N. Am., Inc. v. Rocha*, No. 04-11-00224-CV, 2011 WL 6090149, at *1 (Tex. App.—San Antonio 2011, no pet.); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them.

PER CURIAM